Case 1:20-cv-01161-NONE-SKO    Document 8    Filed 09/22/20    Page 1 of 1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET G. SINGH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | No. 1:20-cv-01161-NONE-SKO<br><br>**ORDER RE STIPULATION TO SET ASIDE DEFAULT**<br><br>**(Doc. 7)** |

　　　　Having considered the parties' Stipulation to Set Aside Default (Doc. 7), the Court hereby ORDERS as follows:

　　　　The default which was entered by the Clerk against Defendant ALLIED COLLECTION SERVICES, INC. ("Defendant") on September 17, 2020, (Doc. 6), is hereby SET ASIDE pursuant to Rule 55(c) of the *Federal Rules of Civil Procedure*. Defendant shall file an Answer to the Complaint of Plaintiff GURPREET G. SINGH on or before October 6, 2020.

IT IS SO ORDERED.

Dated:　**September 22, 2020**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE